**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Job HYPOLITE, Defendant–Appellant.**

No. 01–7439.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Job Hypolite, Appellant Pro Se. Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Job Hypolite seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Hypolite*, Nos. CR–98–159; CA–00–3495–4–22 (D.S.C. Aug. 15, 2001). We dispense with

---

* While we have not determined precisely when the limitations period begins and ends for claims based on *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), we have determined that *Apprendi* claims may not be raised initially on collateral review. *See United States v. Sanders*, 247 F.3d 139, 144, 151 (4th Cir.2001).

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

bility and dismiss the appeal on the reasoning of the district court. *See Gunn v. South Carolina*, No. CA–00–2543–2–13AK (D.S.C. Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*